PD-0244-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 3/2/2015 4:16:15 PM
Accepted 3/6/2015 10:12:20 AM
ABEL ACOSTA
CLERK

No. _____

# In the
# Court of Criminal Appeals
# Austin, Texas

——————•——————

FILED IN
COURT OF CRIMINAL APPEALS

March 6, 2015

ABEL ACOSTA, CLERK

**WARIS SUBLET**
*Appellant*
**v.**
**THE STATE OF TEXAS**
*Appellee*

## APPELLANT'S MOTION TO EXTEND TIME TO FILE PETITION FOR DISCRETIONARY REVIEW

Review Sought from the 1st Court of Appeals
**NO. 01-14-00182-CR**
On appeal from Cause Number 1 3 7 8 7 4 2  262nd District
Court Of Harris County, Texas

TO THE HONORABLE COURT OF CRIMINAL APPEALS:

Appellant, pursuant to **TEX. R. APP. P.** 10.1, 10.5(b), 68.2 (c) and 38.6(d), moves for an extension of time within which to file its petition for discretionary review. In support of his motion, the appellant submits the following:

1. Appellant was charged with the offense of Aggravated Assault with a Deadly Weapon.

2. Appellant's punishment was assessed at thirty years in the Institutional Division of the Texas Department of Criminal Justice (TDCJ).

3. Appellant filed notice of appeal on February 19, 2014.

4. Appellant's appeal was heard by the First Court of Appeals in Cause Number 01-14-00182-CR  Waris Nadir Sublet v. The State of Texas

5. On January 29, 2015, the First Court of Appeals entered a judgment affirming the judgment(s) of the trial court.

6.   Appellant's Petition for Discretionary Review is due March 2, 2015.

7.   Appellant seeks an extension until April 2, 2015, to file its Petition for Discretionary Review.

8.   This is appellant's first request for an extension to file its Petition for Discretionary Review in this case.

9.   The following facts are relied upon to show good cause for the requested extension:

Trial counsel is managing a heavy criminal caseload and is unable to file her Petition for Discretionary Review without the benefit of an extension.

8.    The Appellant's motion is not for purposes of delay, but so that justice may be done.

WHEREFORE, Appellant prays that this Court will grant the requested extension.

Respectfully submitted,


**/s/ Keisha L. Smith**


**KEISHA L. SMITH**
Attorney for Appellant
708 Main Suite 790
Houston, Texas 77002
(713) 222-0733 (telephone)
(713) 222-0995 (fax)
State Bar No. 24029841
Attorney for the Appellant

2

## CERTIFICATE OF SERVICE

I hereby certify, by affixing my signature below, that a true and correct copy of the foregoing *Motion/or Extension of Time to file Petition for Discretionary Review,* was served by electronic mail to Alan Curry, Assistant Criminal District Attorney for Harris County Texas 1201 Franklin Suite 600 Houston, Texas 77002, and Lisa McMinn, State Prosecuting Attorney, P.O. Box P.O. Box 1304 Capitol Station Austin, Texas 78711, on this day March 2, 2015.

/s/ Keisha L. Smith

**KEISHA L. SMITH**
Attorney for Appellant
708 Main Suite 790
Houston, Texas 77002
(713) 222-0733 (telephone)
(713) 222-0995 (fax)
State Bar No. 24029841
Attorney for the Appellant